IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DERRICK T. HARE, | § | |
| | § | |
| Defendant Below, | § | No. 483, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID No. 0507028339 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 13, 2015
Decided: October 15, 2015

## **ORDER**

This 15th day of October 2015, it appears to the Court that:

(1) On September 8, 2015, the appellant filed a notice of appeal that identified a May 21, 2015 Superior Court violation of probation sentencing order, but attached an August 7, 2015 Superior Court order denying his motion for review and/or modification of sentence. The Senior Court Clerk informed the appellant an appeal of the May 21, 2015 order appeared to be untimely and that if the appellant intended to appeal the August 7, 2015 order, then he needed to file an amended notice of appeal by September 23, 2015. The appellant did not respond to the Senior Court Clerk's letter or file an amended notice of appeal.

(2) On September 29, 2015, the Senior Court Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this

appeal should not be dismissed for his failure to file the notice of appeal within thirty days of the May 21, 2015 order. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:


/s/ Karen L. Valihura
Justice